DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LIVIA JUDITH SZABO,**
Appellant,

v.

**BORIS I. KLIMOVITSKY,**
Appellee.

No. 4D22-1346

[August 25, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura B. Laurie, Judge; L.T. Case No. 50-2021-DR-005840-XXXX-SB.

Livia Judith Szabo, Hungary, Europe, pro se.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***